UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT JONES,

          PLAINTIFF,

v.

PATROLMAN DAVID HOCK, DEPUTY SHERIFF VOIT,
DEPUTY SHERIFF KING, DR. BRIAN KLEEN,
COLLEEN DOLAC, ANDREA BROWNING, CORRINE
HOSLUSZMY, CAROL KWONDRON, DR. ALAN
LEBOWITZ, AND ERIE COUNTY CORRECTIONAL
OFFICER LAZERN,

          DEFENDANTS.

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE

CIVIL ACTION NO.:
06-CV-0640 A(F)

---

Plaintiff ROBERT JONES ("Jones") and Defendant DR. BRIAN KLOSS ("Kloss"), incorrectly named in the Complaint as Dr. Brian Kleen, hereby stipulate as follows:

1. Jones and Kloss are both parties who have appeared in the above-captioned action.

2. Neither Jones nor Kloss is an infant, incompetent person for whom a committee has been appointed, or a conservatee.

3. There being no person not a party who has an interest in the subject matter of this action, Jones and Kloss hereby stipulate and agree that this action shall be dismissed against Defendant Dr. Brian Kloss, only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and on the merits, each party to bear his own costs and attorney's fees incurred with respect to this matter.

[Signature page follows.]

Dated: Buffalo, New York
    ~~April~~ May June 17, 2009

By: _____
    Robert Jones
    Plaintiff

Dated: Buffalo, New York
    April ___, 2009

By: _____
    Dr. Brian Kloss
    Defendant

---

Dated: Buffalo, New York
    ~~April~~ 18, 2009
    June

HARTER SECREST & EMERY LLP

By: _____
    Amy K. Hemenway, Esq.
*Attorneys for Robert Jones*
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 844-3737
Email: ahemenway@hselaw.com

Dated: Buffalo, New York
    April ___, 2009

HODGSON RUSS LLP

By: _____
    Lauren M. Monforte, Esq.
*Attorneys for Dr. Brian Kloss*
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 848-1675
Email: lmonfort@hodgsonruss.com

SO ORDERED:

_____, 2009

_____
Hon. Magistrate Leslie G. Foschio

Dated: Buffalo, New York
     April ___, 2009

By: _____
    Robert Jones
    Plaintiff

Dated: Buffalo, New York
     April ___, 2009

By: _____
    Dr. Brian Kloss
    Defendant

---

Dated: Buffalo, New York
     April ___, 2009

HARTER SECREST & EMERY LLP

By: _____
    Amy L. Hemenway, Esq.
*Attorneys for Robert Jones*
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 844-3737
Email: ahemenway@hselaw.com

Dated: Buffalo, New York
     May ~~April~~ 14, 2009

HODGSON RUSS LLP

By: _____
    Lauren M. Monforte, Esq.
*Attorneys for Dr. Brian Kloss*
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 848-1675
Email: lmonfort@hodgsonruss.com

SO ORDERED:

_____, 2009

_____
Hon. Magistrate Leslie G. Foschio