UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT JONES,

            PLAINTIFF,

v.

PATROLMAN DAVID HOCK, DEPUTY SHERIFF VOIT, DEPUTY SHERIFF KING, DR. BRIAN KLEEN, COLLEEN DOLAC, ANDREA BROWNING, CORRINE HOSLUSZMY, CAROL KWONDRON, DR. ALAN LEBOWITZ, AND ERIE COUNTY CORRECTIONAL OFFICER LAZERN,

            DEFENDANTS.

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

CIVIL ACTION NO.:
06-CV-0640 A(F)

---

      Plaintiff ROBERT JONES ("Jones") and Defendant PATROLMAN DAVID HOCK ("Hock") hereby stipulate as follows:

    1.    Jones and Hock are both parties who have appeared in the above-captioned action.

    2.    Neither Jones nor Hock is an infant, incompetent person for whom a committee has been appointed, or a conservatee.

    3.    There being no person not a party who has an interest in the subject matter of this action, Jones and Hock hereby stipulate and agree that this action shall be dismissed against Defendant Patrolman David Hock, only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and on the merits, each party to bear his own costs and attorney's fees incurred with respect to this matter.

[Signature page follows.]

Dated: Buffalo, New York
   ~~April~~ /7, 2009
   May

By: _____
  Robert Jones
  Plaintiff

Dated: Buffalo, New York
   April ___, 2009

By: _____
  David Hock
  Defendant


Dated: Buffalo, New York
   June ~~April~~ 18, 2009

HARTER SECREST & EMERY LLP

By: _____
  Amy W. Hemenway, Esq.
*Attorneys for Robert Jones*
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 844-3737
Email: ahemenway@hselaw.com

Dated: Buffalo, New York
   April ___, 2009

LIPPMAN O'CONNOR

By: _____
  Gerard E. O'Connor, Esq.
*Attorneys for David Hock*
300 Olympic Towers
300 Pearl Street
Buffalo, New York 14202
Telephone: (716) 854-4705
Email: gerard.o'connor@selective.com


SO ORDERED:

_____, 2009

             _____
             Hon. Magistrate Leslie G. Foschio

Dated: Buffalo, New York
     April ___, 2009

By: _____
     Robert Jones
     Plaintiff

Dated: Buffalo, New York
     June ~~April~~ 25, 2009

By: _____
     David Hock
     Defendant


Dated: Buffalo, New York
     April ___, 2009

HARTER SECREST & EMERY LLP

By: _____
     Amy L. Hemenway, Esq.
*Attorneys for Robert Jones*
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 844-3737
Email: ahemenway@hselaw.com

Dated: Buffalo, New York
     June ~~April~~ 30, 2009

LIPPMAN O'CONNOR

By: _____
     Gerard E. O'Connor, Esq.
*Attorneys for David Hock*
300 Olympic Towers
300 Pearl Street
Buffalo, New York 14202
Telephone: (716) 854-4705
Email: gerard.o'connor@selective.com


SO ORDERED:

_____, 2009

_____
Hon. Magistrate Leslie G. Foschio