# LIPPMAN O'CONNOR

300 Olympic Towers
300 Pearl Street
Buffalo, NY 14202
716-854-4705 Tel
716-854-1932 Fax

Staff Counsel Office of Selective Insurance Company of America

Robert M. Lippman*
Gerard E. O'Connor
Matthew J. Duggan
Robert H. Flynn
Christopher M. Duggan
John M. Coyle

Donna E. Bilowus
Jacqueline E. Cathcart
Paralegals

*Also Admitted in Massachusetts

July 6, 2009

Honorable Leslie G. Foschio
Western District of New York
68 Court Street - Room 310
Buffalo, NY 14202

    Re:    Jones v. Hock, et al.
           Civ. Action No.: 06-CV-0640A(F)

Dear Judge Foschio:

    Plaintiff and defendant, David Hock, have reached a settlement of this matter. I have recently forwarded all necessary closing documents to plaintiff's counsel and I anticipate the settlement will be finalized by the scheduled settlement conference on July 22, 2009.

Very truly yours,

Gerard E. O'Connor

GOC:dlf
cc: Amy L. Hemenway, Esq.
    Lauren Monforte, Esq.
    Brian Liebenow, Esq.