UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT JONES,

              PLAINTIFF,

v.

PATROLMAN DAVID HOCK, DEPUTY SHERIFF VOIT, DEPUTY SHERIFF KING, DR. BRIAN KLEEN, COLLEEN DOLAC, ANDREA BROWNING, CORRINE HOSLUSZMY, CAROL KWONDRON, DR. ALAN LEBOWITZ, AND ERIE COUNTY CORRECTIONAL OFFICER LAZERN,

              DEFENDANTS.

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

CIVIL ACTION NO.:
06-CV-0640 A(F)

---

Plaintiff ROBERT JONES ("Jones") and Defendants ANDREA BROWNING, COLLEEN DOLAC, DEPUTY SHERIFF KARL KING, CAROL ANN KWANDRANS (incorrectly named in the caption), DR. ALLEN LEBOWITZ, DEPUTY JOSEPH LYSARZ (incorrectly named in the caption), CORRINE POSLUSZNY (incorrectly named in the caption), and DEPUTY SHERIFF GARY VOIGHT (incorrectly named in the caption) (collectively referred to as the County Defendants), hereby stipulate as follows:

1. Jones and the County Defendants are all parties who have appeared in the above-captioned action.

2. Neither Jones nor any of the County Defendants is an infant, incompetent person for whom a committee has been appointed, or a conservatee.

3. There being no person not a party who has an interest in the subject matter of this action, Jones and the County Defendants hereby stipulate and agree that this action shall be dismissed against each of the County Defendants pursuant to Rule 41(a) of the Federal Rules of

93503_4

Civil Procedure, with prejudice and on the merits, each party to bear his own costs and attorney's fees incurred with respect to this matter.

Dated: Buffalo, New York
      February ⎯⎯, 2010

_____
ROBERT JONES
Plaintiff

CHERYL A. GREEN, Erie County Attorney

By: _____
BRIAN R. LIEBENOW, ESQ.
Assistant Erie County Attorney
Attorneys for the Defendants
95 Franklin Street, Room 1634
Buffalo, New York  14202
Telephone: (716) 858-2200
Email address: brian.liebenow@erie.gov

SO ORDERED:

_____, 2010

_____
Hon. Richard J. Arcara, U.S.D.J.

93503_4